IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DENNIS APPEL and** **PLAINTIFFS**
**CHRISTOPHER BOSHOFF**

**V.** **NO. 4:21-CV-37-DMB-JMV**

**KYLE MILLS TRUCKING &**
**CUSTOM HARVESTING, LLC**
**and KYLE MILLS** **DEFENDANTS**

## JUDGMENT

In accordance with the order entered this day and the parties' settlement agreement, judgment is entered against Kyle Mills Trucking & Custom Harvesting, LLC, and Kyle Mills in the amount of $34,000.00.

**SO ORDERED**, this 6th day of October, 2022.

/s/Debra M. Brown
UNITED STATES DISTRICT JUDGE