IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DENNIS APPEL** and **PLAINTIFFS**
**CHRISTOPHER BOSHOFF**

V.   NO. 4:21-CV-37-DMB-JMV

**KYLE MILLS TRUCKING &**
**CUSTOM HARVESTING, LLC**
**and KYLE MILLS**   **DEFENDANTS**

## NOTICE

TAKE NOTICE that a proceeding in this case has been SET as follows:

| Place | Date and Time |
|---|---|
| **United States Federal Building**<br>**305 Main Street**<br>**Greenville, Mississippi 38701**<br><br>**Courtroom 1 – Third Floor** | **November 3, 2022**<br>**1:00 p.m.** |

Type of Proceeding

**HEARING ON PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE [61]**
**BEFORE UNITED STATES DISTRICT JUDGE DEBRA M. BROWN**

***ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENTS OF COURT APPEARANCES**

DAVID CREWS, Clerk of Court

By: /s/Leketia Bryant
    Leketia Bryant, Courtroom Deputy

Date:   October 6, 2022

Electronic notice only to:
All Counsel of Record
U.S. Probation Service
U.S. Marshal Service