IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| **DENNIS APPEL and** | **PLAINTIFFS** |
| **CHRISTOPHER BOSHOFF** | |
| V. | NO. 4:21-CV-37-DMB-JMV |
| **KYLE MILLS TRUCKING &** | |
| **CUSTOM HARVESTING, LLC** | |
| **and KYLE MILLS** | **DEFENDANTS** |

## NOTICE

TAKE NOTICE that a proceeding in this case has been CONTINUED:

Type of Proceeding

**HEARING ON PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE [61]
SET FOR NOVEMBER 3, 2022
BEFORE U. S. DISTRICT JUDGE DEBRA M. BROWN
IS CONTINUED UNTIL FURTHER NOTICE**

DAVID CREWS, Clerk of Court

By: /s/Leketia Bryant
Leketia Bryant, Courtroom Deputy

Date:   November 3, 2022

Electronic notice only to:
All Counsel of Record

Questions should be directed to Judge_Brown@msnd.uscourts.gov